## OCTOBER TERM, 1766.

### Rench vs. Hile.

THIS was an action on the case for a *deceit* in the sale of a negro woman, slave, warranting her to be sound. Plea, "that he did not warrant the negro woman called, &c. to be sound and healthy, and without any infirmity, as the said *John* above against him hath complained," &c. Issue joined.

*Johnson* and *Hall*, for the Plaintiff.

*Jenings* and *Chase*, for the Defendant.

It was contended by *Chase*, for the defendant, that warranty must be at the time of the sale or before, and not after—*Ld. Ray.* 1120. 2 *Cro.* 196. c. 31. *Dyer* 75. *Bridgeman*, 127. 2 *Cro.* 5. 386. 1 *Rol.* 33. 97. *Salk.* 210. *Skin.* 104. As to visible infirmities—*Vel.* 114. 2 *Cro.* 675. That to sell a thing, and not warrant it, the seller is not answerable, though the thing turns out not to be sound—*Bulst.* 3. 95. 2 *Cro.* 4. 196. In 3. *Wils.* 40, is an action upon a warranty of a mare to be sound, when she was lame, and a precedent of a declaration with seven counts. An action for money had and received is not a proper action to try a warranty—*Cowp.* 819.

The Plaintiff suffered a *nonsuit*.